**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1172**

JAMES RIFFIN,

Debtor - Appellant,

v.

MARK JEROME FRIEDMAN,

Trustee - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  District  Judge.
(1:10-cv-02618-CCB; 10-11248-DK)

Submitted:  August 31, 2011        Decided:  September 13, 2011

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Riffin, Appellant Pro Se.  Mark Jerome Friedman, DLA PIPER
US LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riffin appeals the district court's order affirming the bankruptcy court's order granting the Trustee's motion for approval of a settlement agreement, to cooperate to obtain access to a letter of credit, and to modify, as necessary, the automatic stay, 11 U.S.C. § 362(a) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Riffin v. Friedman, Nos. 1:10-cv-02618-CCB; 10-11248-DK (D. Md. Feb. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED